■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC M. THOMPSON, Appellant. [838 NYS2d 456]—Appeal from a

judgment of the Erie County Court (Shirley Troutman, J.), rendered March 6, 2006. The judgment convicted defendant, upon his plea of guilty, of assault in the third degree and felony driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.